394 A.2d 631

Wayne County Bank and Trust Company v. Leisure Life Corporation of America, Appellant.

Argued June 15, 1978.  E. Persons, with him Henry M. Biglan, for appellant;  Andrew Hailstone for appellee.

Order affirmed.